FILED IN
COURT OF CRIMINAL APPEALS

July 15, 2015

ABEL ACOSTA, CLERK

PD-0875-15

PD-0875-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/14/2015 8:41:28 AM
Accepted 7/15/2015 4:18:53 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

LAMONT RENARD STEWART    *
     Appellant    *
     *
vs.    *    No. _____
     *    COA No. 10-14-00183-CR
THE STATE OF TEXAS,    *
     Appellee    *

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the Appellant, by and through her undersigned Attorney of Record, and respectfully moves the Court to extend the time for filing a petition for discretionary review in this cause, and in support therefore would show the Court as follows:

I.

Appellant was found guilty of the offense of unlawful possession of a controlled substance with intent to deliver in Cause No. 2013-179-C2in the 54th District Court of McLennan County, Texas. Appellant appealed his conviction to the Court of Appeals for the Tenth Judicial District. That court affirmed the trial court decision in an opinion delivered on June 18, 2015.

II.

Appellant's petition for discretionary review is currently due on July 18, 2015.

V.

Appellant hereby requests an extension of time to file his Petition for Discretionary Review until August 18, 2015, and as reasons therefore would show this cause as follows:

Counsel does not have sufficient to time to properly prepare a petition for discretionary review by the current due date, and for that reason seeks additional time to do so. Counsel would show that he has had several matters to deal with in the last thirty days, including a brief in the Tenth Court of Appeals that is due lat er this week. As a result, counsel has not had sufficient time to devote to the petition in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this honorable court to extend the time for filing Appellant's Petition for Discretionary Review in this cause to August 18, 2015.

Respectfully submitted,

/s/   Walter M. Reaves, Jr.
Walter M. Reaves, Jr.
100 N. 6th Street, Suite 802
Waco, Texas 76701
(254) 296-0020
FAX (877) 726-4411
TBA#16644200
walterreaves@att.net

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing motion was delivered

to Abel Reyna, District Attorney for McLennan County, Texas, on July 14, 2015

                                        /s/   Walter M. Reaves, Jr.
                                       Walter M. Reaves, Jr.